# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARY CHAVEZ, et al., | Case No. 4:19-cv-958 |
| Plaintiffs, | Judge J. Philip Calabrese |
| v. | |
| FALCON TRANSPORT CO., et al., | |
| Defendants. | |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: March 31, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio